**Danny Ray MADISON, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. 55678.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 23, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 21, 1989.

Application to Transfer Denied
Aug. 1, 1989.

Beverly A. Beimdiek, St. Louis, for movant.

William L. Webster, Atty. Gen., Ronald L. Jurgeson, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Danny Ray Madison, appeals from the denial of post-conviction relief under Rule 29.15 without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).